AO 440 (Rev. 06/12) *Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
for the
**District of Oregon**

| | |
|---|---|
| EVETTE TAN, individually and on behalf of all others similarly situated, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation; COLUMBIA BRANDS USA, LLC, an Oregon limited liability company; and PRANA LIVING, LLC, an Oregon limited liability company, <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COLUMBIA SPORTSWEAR COMPANY
c/o United Agent Group Inc., Registered Agent
7185 SW Sandburg Street, Suite 110
Portland, OR 97223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rick Klingbeil, OSB #933326
RICK KLINGBEIL, PC
1826 NE Broadway
Portland, OR 97232
Tel: (503) 490-6763
Email: rick@klingbeil-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) *Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
for the
**District of Oregon**

| | |
|---|---|
| EVETTE TAN, individually and on behalf of all others similarly situated,<br><br>_____<br>*Plaintiff*<br><br>v.<br><br>COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation; COLUMBIA BRANDS USA, LLC, an Oregon limited liability company; and PRANA LIVING, LLC, an Oregon limited liability company,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COLUMBIA BRANDS USA, LLC
c/o United Agent Group Inc., Registered Agent
7185 SW Sandburg Street, Suite 110
Portland, OR 97223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rick Klingbeil, OSB #933326
RICK KLINGBEIL, PC
1826 NE Broadway
Portland, OR 97232
Tel: (503) 490-6763
Email: rick@klingbeil-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) *Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
for the
**District of Oregon**

EVETTE TAN, individually and on behalf of all others similarly situated,

)
)
)
)
)
_____            ) Civil Action No. _____
*Plaintiff(s)*                                                              )
)
v.                                                                             )
)
COLUMBIA SPORTSWEAR COMPANY, an Oregon     )
corporation; COLUMBIA BRANDS USA, LLC, an       )
Oregon limited liability company; and PRANA LIVING, )
LLC, an Oregon limited liability company,

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PRANA LIVING, LLC
c/o United Agent Group Inc., Registered Agent
7185 SW Sandburg Street, Suite 110
Portland, OR 97223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rick Klingbeil, OSB #933326
RICK KLINGBEIL, PC
1826 NE Broadway
Portland, OR 97232
Tel: (503) 490-6763
Email: rick@klingbeil-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*