JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

**Case No.** 3:26-cv-1170

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| EVETTE TAN, individually and on behalf of all others similarly situated, | COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation; COLUMBIA BRANDS USA, LLC, an Oregon limited liability company; and PRANA LIVING, LLC, an Oregon limited liability company, |
| **(b)** County of Residence of First Listed Plaintiff **Cook, County, Illinois** <br><br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant **Washington, Oregon** <br><br> *(IN U.S. PLAINTIFF CASES ONLY)* |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* <br> Rick Klingbeil, OSB #933326; RICK KLINGBEIL, PC; 1826 NE Broadway, Portland, OR 97232; Tel: (503) 490-6763 (see complaint for additional counsel). | Attorneys *(If Known)* <br> Unknown |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* / III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| II. BASIS OF JURISDICTION | III. CITIZENSHIP OF PRINCIPAL PARTIES | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | Citizen of This State | | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| ☐ 2 U.S. Government Defendant | Citizen of Another State | | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| ☐ 3 Federal Question (U.S. Government Not a Party) | Citizen or Subject of a Foreign Country | | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |
| ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) | | | | | | | |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Under OTHER STATUTES: ☒ **890 Other Statutory Actions**
*(All other Nature of Suit categories listed in the official JS 44 form are not applicable to this action and remain unchecked.)*

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ **1 Original Proceeding** ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District ☐ 6 Multidistrict Litigation – Transfer ☐ 8 Multidistrict Litigation – Direct File

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: <br> **28 U.S.C. § 1332(d) (Class Action Fairness Act)** <br> Brief description of cause: <br> **Pass-through of unlawful IEEPA tariffs in violation of Oregon UTPA and common-law unjust enrichment / money had and received.** |
|---|---|

| VII. REQUESTED IN COMPLAINT: | ☒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P. | **DEMAND $** 5,000,000+ | CHECK YES only if demanded in complaint: <br> **JURY DEMAND:** ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY *(See instructions):* | **JUDGE**        **DOCKET NUMBER** 3:26-cv-1035 <br> *Related case: Norberg v. ON Inc.*, No. 3:26-cv-1035 (D. Or., filed May 24, 2026) — same plaintiff counsel; parallel CAFA class action alleging IEEPA tariff pass-through. |
|---|---|

| DATE <br> _____ Jun 9, 2026 | **SIGNATURE OF ATTORNEY OF RECORD** <br> /s/ Rick Klingbeil |
|---|---|

| FOR OFFICE USE ONLY | RECEIPT #_____    AMOUNT_____    APPLYING IFP _____ <br> _____ JUDGE _____ MAG. JUDGE _____ |
|---|---|